**FOR PUBLICATION**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| **BYRON CHAPMAN,** | No. 07-16326 |
| Plaintiff - Appellee, | D.C. No. CV-04-01339-LKK |
| v. | |
| **PIER 1 IMPORTS (U.S.) INC., dba PIER 1 IMPORTS #1132,** | **ORDER** |
| Defendant - Appellant. | |

**KOZINSKI**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Circuit Rule 35-3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.